```
1
2   BENJAMIN B. WAGNER
    United States Attorney
3   DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
4   Social Security Administration
    SUSAN L. SMITH, CSBN 253808
5   Special Assistant United States Attorney
         160 Spear Street, Suite 800
6        San Francisco, CA  94105
         Telephone:  415-977-8973
7        Facsimile:  415-744-0134
         E-Mail:  susan.l.smith@ssa.gov
8
9   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES F. ROTH, | Case No. 2:13-cv-01691-KJN |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER AND FILE THE CERTIFIED ADMINSTRATIVE RECORD** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file Defendant's Answer and the Certified Administrative Record.  The parties seek this extension to give Defendant adequate time to create and file a complete Certified Administrative Record.

The current due date is December 16, 2013.  The new due date will be January 15, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1- Stip. and ~~Proposed~~ Order for an Ext. of Time; 2:13-cv-01691-KJN

Respectfully submitted,

Dated: December 16, 2013      /s/ *Steven Gilbert Rosales*
                              (By email authorization on December 16, 2013)
                              STEVEN GILBERT ROSALES
                              Attorney for Plaintiff

Dated: December 13, 2013      BENJAMIN B. WAGNER
                              United States Attorney

                    By:       /s/ *Susan L. Smith*
                              SUSAN L. SMITH
                              Special Assistant United States Attorney
                              Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated:  December 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2- Stip. and ~~Proposed~~ Order for an Ext. of Time; 2:13-cv-01691-KJN