Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JAMES ROTH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES ROTH, | ) Case No.:  2:13-CV-1691 KJN |
| | ) |
| Plaintiff, | ) ORDER AND STIPULATION TO |
| | ) EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| CAROLYN COLVIN, Acting | ) |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

Plaintiff James Roth ("Plaintiff") and defendant Carolyn Colvin, Acting

Commissioner of Social Security ("Defendant"), through their undersigned counsel

of record, hereby stipulate, subject to the approval of the Court, to extend the time

for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March

31, 2014; and that Defendant shall have until April 30, 2014, to file his opposition,

if any is forthcoming.  Any reply by plaintiff will be due April May 7, 2014.

-1-

1    An extension of time for plaintiff is needed in order to properly address the

2  issues within the administrative record in this matter.  Counsel sincerely apologizes

3  to the court for any inconvenience this may have had upon it or its staff.

4

5  DATE: March 3, 2014                 Respectfully submitted,

6                                                   LAW OFFICES OF LAWRENCE D. ROHLFING

7                                                   /s/ *Steven G. Rosales*
                                              BY: _____
8                                              Steven G. Rosales
                                                  Attorney for plaintiff JAMES ROTH
9

10  DATED:  March 4, 2014          BENJAMIN WAGNER
                                                  United States Attorney
11

12

13                                                 */S/- Susan L. Smith

14                                                 _____

15                                                 Susan L. Smith
                                                  Special Assistant United States Attorney
16                                                 Attorney for Defendant
                                                  [*Via email authorization]
17

18

19

20

21

22

23

24

25

26

1        IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2    and including March 31, 2014, in which to file Plaintiff's Motion for Summary

3    Judgment or Remand; Defendant may have an extension of time to April 30, 2014

4    to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due

5    May 7, 2014.

6        IT IS SO ORDERED.

7    Dated:  March 6, 2014

8

9                                              _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26