UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROTH, | No. 2:13-cv-01691 KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 1, 2014, plaintiff filed a motion for summary judgment one day after the March 31, 2014 deadline for doing so. (ECF No. 17.) On that same day, plaintiff also filed a request for the court to deem his late-filed motion as timely filed. Good cause appearing, that will be the order of this court. It is HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 17) is deemed timely filed.

2. Defendant may have an extension of time to May 1, 2014 to consider the contentions raised in plaintiff's Motion for Summary Judgment and to file any opposition if necessary. Any reply by plaintiff continues to be due by May 7, 2014.

IT IS SO ORDERED.

Dated: April 7, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1